UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
   George F Howard  
   Lyn M Daner  
       Debtor(s)

Case No. 14-27450

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/28/2014.

2) The plan was confirmed on 10/03/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 01/24/2019.

6) Number of months from filing to last payment: 54.

7) Number of months case was pending: 56.

8) Total value of assets abandoned by court order: $0.00.

9) Total value of assets exempted: $12,564.00.

10) Amount of unsecured claims discharged without payment: $139,921.20.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $25,920.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$25,920.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,254.25 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,254.25** |
| Attorney fees paid and disclosed by debtor: | $1,000.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCOUNT RECOVERY SERVICES | Unsecured | 735.00 | 734.40 | 734.40 | 72.67 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | 757.00 | 757.86 | 757.86 | 176.32 | 0.00 |
| CERASTES LLC | Unsecured | NA | 437.49 | 437.49 | 101.78 | 0.00 |
| COMENITY BANK | Unsecured | 237.00 | 378.75 | 378.75 | 88.12 | 0.00 |
| COMENITY BANK | Unsecured | 576.00 | 828.31 | 828.31 | 192.71 | 0.00 |
| DISCOVER BANK | Unsecured | 12,035.00 | 12,035.01 | 12,035.01 | 2,800.02 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 23,310.00 | 24,403.64 | 24,403.64 | 5,677.65 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 3,713.00 | 3,713.23 | 3,713.23 | 863.91 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 237.00 | 128.10 | 128.10 | 29.80 | 0.00 |
| JP MORGAN CHASE BANK NA | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KALMAN MANAGEMENT | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 2,372.00 | 2,372.39 | 2,372.39 | 551.95 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,935.00 | 2,003.69 | 2,003.69 | 466.17 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 5,302.00 | 2,515.74 | 2,515.74 | 585.30 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 2,913.00 | 2,789.46 | 2,789.46 | 648.98 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 610.00 | 609.53 | 609.53 | 141.81 | 0.00 |
| UW HEALTH PHYSICIANS | Unsecured | 6,400.00 | NA | NA | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROUP | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| WAJAHAT MIRZA MD SC | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| SSM HEALTH CARE | Unsecured | 478.00 | NA | NA | 0.00 | 0.00 |
| ST CLARE MEDICAL CENTER | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| PREMIER COLLECTION COMPANY | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| PRESBITERIAN HOMES | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| NW LAKE FOREST HOSP EMERGENC | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| PARK RIDGE ANESTHESIOLOGY | Unsecured | 1,650.00 | NA | NA | 0.00 | 0.00 |
| IHC LIBERTYVILLE EMERGENCY PH | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| IL BONE AND JOINT INSTITUTE | Unsecured | 382.00 | NA | NA | 0.00 | 0.00 |
| IL BONE AND JOINT INSTITUTE | Unsecured | 1,235.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SE | Unsecured | 708.00 | NA | NA | 0.00 | 0.00 |
| INFINITY HEALTHCARE PHYSICIANS | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| INFINITY HEALTHCARE PHYSICIANS | Unsecured | 263.00 | NA | NA | 0.00 | 0.00 |
| INFINITY HEALTHCARE PHYSICIANS | Unsecured | 678.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY RADIOLOGY | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| LUTERAN GENERAL HOSPITAL | Unsecured | 1,438.00 | NA | NA | 0.00 | 0.00 |
| MACYS/DSNB | Unsecured | 11.00 | NA | NA | 0.00 | 0.00 |
| MALCOLM S GERALD AND ASSOC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| MERCY HEALTH SYSTEM | Unsecured | 1,531.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 1,221.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST EMERGENCY ASSOC | Unsecured | 848.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 848.00 | NA | NA | 0.00 | 0.00 |
| MORRIS MAUER MD SC | Unsecured | 2,010.00 | NA | NA | 0.00 | 0.00 |
| MURPHY AMBULANCE | Unsecured | 473.00 | NA | NA | 0.00 | 0.00 |
| NCC | Unsecured | 243.00 | NA | NA | 0.00 | 0.00 |
| NEW HORIZONS CENTER FOR COSM | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| NLFH OUTREACH LABORATORY | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| NLFH OUTREACH LABORATORY/MA | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST INFECTIOUS DISEASE C | Unsecured | 2,838.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN LAKE FOREST HOS | Unsecured | 880.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN LAKE FOREST HOS | Unsecured | 3,520.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN LAKE FOREST HOS | Unsecured | 989.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN LAKE FOREST HOS | Unsecured | 2,994.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN LAKE FOREST HOS | Unsecured | 11,255.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MED FACULTY FN | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MED FACULTY FN | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MED FACULTY FN | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MED FACULTY | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MED GROUP | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 365.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 540.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 9,855.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 4,967.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 5,400.00 | NA | NA | 0.00 | 0.00 |
| BEST PRACTICES INPATIENT CARE L | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| ACL SERVICES INC | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED RADIOLOGY CONSULTA | Unsecured | 1,045.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CONDELL MEDICAL CTR | Unsecured | 1,437.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CONDEL MEDICAL CTR | Unsecured | 2,107.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CONDELL MEDICAL CTR | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CONDELL MEDICAL CTR | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CONDELL MEDICAL CTR | Unsecured | 744.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CONDELL MEDICAL CTR | Unsecured | 10,243.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE HOME HEALTH SERVICE | Unsecured | 464.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 295.00 | NA | NA | 0.00 | 0.00 |
| ANESTHESIA CONSULTANTS LTD | Unsecured | 516.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ASSOC IN GI & LIVER DISEASE IL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITI OF LAKE GENEVA FIRE DEPART | Unsecured | 883.00 | NA | NA | 0.00 | 0.00 |
| COMCAST/STELLAR RECOVERY INC | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| COMPREHENSIVE PATH SERVICE | Unsecured | 549.00 | NA | NA | 0.00 | 0.00 |
| CONSOLIDATED PATHOLOGY | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SVC INC | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| EMERGE | Unsecured | 5,059.00 | NA | NA | 0.00 | 0.00 |
| ESCELLENCE IN DENTISTRY LTD | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| FENTON FIRE PEOTECTION DISTRICT | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| GASTROENTEROLOGY CONSULTANT | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| GERALD FRANK MD INTER MED SC | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| GRABOWSKI LAW CENTER LLC | Unsecured | 323.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 893.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 5,807.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 600.00 | 544.66 | 544.66 | 38.60 | 0.00 |
| STONEBROOK CROSSING HOMEOWN | Secured | 4,200.00 | 4,200.00 | 4,200.00 | 4,200.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 100.00 | 100.00 | 100.00 | 23.27 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 20,229.00 | 21,519.73 | 21,519.73 | 5,006.69 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $4,200.00 | $4,200.00 | $0.00 |
| **TOTAL SECURED:** | **$4,200.00** | **$4,200.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$75,871.99** | **$17,465.75** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,254.25 |
| Disbursements to Creditors | $21,665.75 |
| **TOTAL DISBURSEMENTS** : | **$25,920.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/02/2019     By: /s/ Glenn Stearns
                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**